UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-05060-RGK-BFM | Date | June 21, 2024 |
|---|---|---|---|
| Title | *DEBORAH LILLENBERG v. COSTCO WHOLESALE CORP, ET AL* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|
| Joseph Remigio (Not Present) | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**       **(IN CHAMBERS) Order to Show Cause re Jurisdiction**

   On April 25, 2024, Deborah Lillenberg ("Plaintiff") filed suit against Costco Wholesale Corporation, Demonstration Services, Inc., and Advantage Solutions (collectively, "Defendants"), alleging a negligence and premises liability based on a slip and fall accident. The Complaint does not provide clear indication as to the amount in controversy. On June 15, 2024, Costco removed the action on the ground of diversity jurisdiction. However, in its notice, Costco summarily states that Plaintiff "is demanding and contends that the amount in controversy exceeds $75,000." (Notice of Removal, p.2, lines 21-23.) Moreover, Plaintiff's complaint alleges that the principal place of business of one of the defendants, Advantage Solutions, is in California.

   The Court hereby orders Costco to show cause in writing why this action should not be remanded to state court. An adequate response must include facts that establish by a preponderance of the evidence that the amount in controversy exceeds $75,000, and that complete diversity exists. Defendant's response is limited to 5 pages in length, and due no later than **June 28, 2024**.

   **IT IS SO ORDERED**.

|  | : |  |
|---|---|---|
| Initials of Preparer | JRE/vc | |